Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Frank E. Wilber Co., of Fresno,

Debtor.

Case No. 11-60931-A-7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**

Date: February 8, 2012
Time: 9:00 a.m.
Dept: A

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on or about 09/30/11. James Salven was appointed Chapter 7 Trustee on or about 09/30/11.

3. Among the assets of the estate is a **2005 Honda CRV, VIN: JHLRD68575C016736.**

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the

subject assets by means of a public auction to be held on or after 02/08/2012, at 1328 N. Sierra Vista, Suite B, Fresno, California.

   5.   The Trustee believes that the sale is in the best interest of the estate.

   6.   The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

   **WHEREFORE,** Movant prays as follows:

   1.   For an Order approving the public auction sale of the subject property described above, to be held on or after 02/08/2012, at Baird Auctions & Appraisals; and

   2.   For such other and further relief as the Court deems just and proper.

Dated: 1/9/12          By: _____
                           James E. Salven, Trustee